IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES MACCOLL, | § | |
| | § | No. 129, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | ID No: 2103011110 |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: January 10, 2024
Decided: January 25, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

### ORDER

This 25th day of January, 2024, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its July 1, 2022 Memorandum Opinion and Order.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *State v. MacColl*, 2022 WL 2388397 (Del. Super. Ct. July 1, 2022).